```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
NAUTILUS INSURANCE COMPANY,                                            :
                                                                       :
                              Plaintiff,                               :
                                                                       :    25 Civ. 7530 (JPC)
            -v-                                                        :
                                                                       :           ORDER
COMPLETE DEMOLITION SERVICES, LLC,                                     :
                                                                       :
                              Defendant.                               :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On October 20, 2025, Plaintiff served Defendant with copies of the Summons and Complaint. Dkt. 9. Defendant's deadline to respond to the Complaint was therefore November 10, 2025. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has passed, and the docket does not reflect a response to the Complaint from Defendant. Accordingly, the Court extends *sua sponte* Defendant's deadline to respond to the Complaint until November 17, 2025. If Defendant once again fails to respond to the Complaint by its deadline to do so, Plaintiff shall seek a Certificate of Default by November 24, 2025.

Plaintiff is directed to mail a copy of this Order by First Class Mail to the address at which Defendant was served with the Summons and Complaint, and to file proof of service on the docket within two days of such service.

SO ORDERED.

Dated: November 12, 2025
       New York, New York

                                                          _____
                                                                  JOHN P. CRONAN
                                                              United States District Judge